NUMBERS
13-05-660-CR AND 13-05-684-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

THE STATE OF TEXAS,                                             Appellant,

 

                                           v.

 

ELIJAH HUFF,                                                          Appellee.

__________________________________________________________________

 

                  On
appeal from the 117th District Court 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, THE STATE OF TEXAS,
perfected  appeals from orders entered by
the 117th District Court of Nueces County,
Texas,  in cause numbers 04-CR-1314-B(S1)
and 04-CR-0721-B.  The appellant=s  briefs in these causes were due on January 20,
2006. To date, appellant has failed to file briefs in these causes.








On February 28, 2006, notice was given to all parties
that these appeals were subject to dismissal. 
Appellant, the State of Texas, 
was given ten days to explain why the causes should not be dismissed for
failure to file a brief.  To date, no
response has been received.

The Court, having examined and fully considered the documents on file,
appellant=s failure to file
proper appellate briefs, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeals should be dismissed for want of
prosecution.  The appeals are hereby
DISMISSED FOR WANT OF PROSECUTION.

 

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed

this the 23rd
day of March, 2006.